452 A.2d 65

Commonwealth v. Paull, Appellant.

Petition for Allowance of Appeal Denied Feb. 11, 1983.

■■■■■■■■■■■■■■

■■■■■■■■■ Submitted May 10, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; John A. Reilly, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Order affirmed.